JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ALVARENGA CORONA, individually and on behalf of a class of other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., a Pennsylvania corporation; AND DOES 1-100,<br><br>Defendants. | CASE NO: 2:20-cv-06521-MCS-SP<br><br>**CLASS ACTION**<br><br>[PROPOSED] **FINAL JUDGMENT** |

Plaintiff's Motion for Final Approval of the Class Action Settlement (ECF No. 66) as to the Stipulated Settlement Agreement and Release of Claims (the "Settlement Agreement") was heard on January 24, 2022 in the above-entitled Court. Pursuant to the Court's Order (1) Granting Motion for Final Approval of Class Action Settlement and (2) Granting in Part and Denying in Part Motion for Attorney's Fees, Expenses, and Service Award ("Final Order"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Judgment is hereby entered in accordance with the terms of the Settlement Agreement and Final Order.

2. By operation of this Judgment, and in accordance with the terms of the Settlement Agreement and Final Order, the Class Representative and each of the Settlement Class Members (excluding those who submitted a timely Request for Exclusion) shall be deemed to have fully, finally, and forever released, relinquished, and discharged all Released Claims, as defined in the Settlement Agreement. For purposes of this Judgment, the Court refers to all defined terms (i.e., terms with initial capitalization) as set forth in the Settlement Agreement.

3. This Action is ordered dismissed with prejudice.

4. Without affecting the finality of this Judgment, the Court retains exclusive and continuing jurisdiction over the Action, the Class Representative, the Class Members, and Defendant for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement and the Final Order.

**IT IS SO ORDERED.**

Dated: February 18, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] FINAL JUDGMENT